IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01109-MSK-CBS

UNITED RENTALS, INC.,

      Plaintiff,

v.

GENIE INDUSTRIES, INC.,
ROYAL SURPLUS LINES INSURANCE COMPANY,
ROYAL INSURANCE COMPANY OF AMERICA,
STEVE HAYDEN CONSTRUCTION,

      Defendants.

---

## ORDER DISCHARGING SHOW CAUSE ORDER

---

THIS MATTER comes before the Court on Plaintiff's Amended Complaint **(#4)**, filed in response to the Court's Order to Show Cause **(#3)**. Having reviewed the Amended Complaint,

**IT IS HEREBY ORDERED** that this Court's Order to Show Cause **(#3)** is deemed satisfied and is **DISCHARGED.**

Dated this 17th day of July, 2006

                                    **BY THE COURT:**

                                    *Marcia S. Krieger*
                                    _____

                                    Marcia S. Krieger
                                    United States District Judge