IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01109-MSK-CBS

UNITED RENTALS, INC.,

       Plaintiff,

v.

GENIE INDUSTRIES, INC.,
ROYAL SURPLUS LINES INSURANCE COMPANY,
ROYAL INSURANCE COMPANY OF AMERICA,
STEVE HAYDEN CONSTRUCTION,

       Defendants.

## ORDER SETTING RULE 16 HEARING

THIS MATTER comes before the Court upon an Amended Complaint for Declaratory Judgment filed by the Plaintiff. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1) A hearing is set for **November 20, 2006 at 4:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel who will try the case shall attend the hearing.

(2) No later than **October 16, 2006**, the parties shall meet and confer regarding the contents of the proposed scheduling order pursuant to Fed. R. Civ. P. 26(f).

(3) On or before **November 6, 2006**, and in conformance with Fed. R. Civ. P. 26(f), D.C.COLO.LCivR 16.1, 16.2 and 26.1, and this Order, the parties shall prepare and submit a proposed scheduling order. The proposed scheduling order shall be in the form specified by D.C.COLO.LCivR Appendix F **except** that:

    (a) It shall not contain a signature line for a judicial officer.
    (b) It shall address the following:
        • The identity and pertinent provisions of the applicable insurance policies and contracts.

- • The particular dispute regarding such provisions.
- • The stipulated facts which bear upon the Court's interpretation of the policies or contracts.
- • Whether discovery is needed and if so, what discovery is related to the issue of interpretation of the policies or contracts.
- • Whether discovery is needed as to another issue.

(c) It shall not address the matters set forth in Section 8 (Case Plan and Schedule), Section 10 (Other Scheduling Issues) or Section 11 (Dates for Further Conferences) of Appendix F.

(4) At the scheduling conference, the parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

(5) No later than **September 1, 2006**, the Plaintiff shall serve a copy of this Order on any Defendant which has not yet been served with a summons and Complaint.

Dated this 18th day of August, 2006

                **BY THE COURT:**

                *[signature: Marcia S. Krieger]*

                Marcia S. Krieger
                United States District Judge