IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01109-RPM

UNITED RENTALS, INC.,

      Plaintiff,

vs.

GENIE INDUSTRIES, INC.,
ROYAL SURPLUS LINES INSURANCE COMPANY,
ROYAL INSURANCE COMPANY OF AMERICA, and
STEVE HAYDEN CONSTRUCTION,

      Defendants.

---

## ORDER VACATING ORDER

---

After review of the case file upon reassignment of this case, it is

ORDERED that the Order Setting Rule 16 Hearing entered August 18, 2006

[11],  and all deadlines set in the order are vacated.


DATED: September 14th, 2006


BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge