IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01109-RPM

UNITED RENTALS, INC.,

    Plaintiff,

vs.

ROYAL SURPLUS LINES INSURANCE COMPANY,
ROYAL INSURANCE COMPANY OF AMERICA, and
STEVE HAYDEN CONSTRUCTION,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **January 4, 2007, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, an original and one copy (paper) of the proposed Scheduling Order shall be submitted directly to chambers by **December 28, 2006.**

    Dated: November 14th, 2006

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           _____
                                           Richard P. Matsch, Senior District Judge