IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01109-RPM

UNITED RENTALS, INC.,

      Plaintiff,

vs.

GENIE INDUSTRIES, INC.,
ROYAL SURPLUS LINES INSURANCE COMPANY,
ROYAL INSURANCE COMPANY OF AMERICA, and
STEVE HAYDEN CONSTRUCTION,

      Defendants.

_____

ORDER OF DISMISSAL AS TO GENIE INDUSTRIES, INC.
_____

On September 21, 2006, the defendant Genie Industries, Inc., filed a motion to dismiss it from the First Amended Complaint for Declaratory Judgment, filed June 22, 2006.  Considering the allegations of the first amended complaint as true, it is clear that there is no identifiable claim for relief against Genie Industries, Inc., in this civil action in that the plaintiff was named as an additional insured in the commercial general liability insurance policy at issue in this lawsuit, as Genie Industries, Inc., promised. The insurance company admitted that in its answer.  Because there is no identifiable claim for relief against Genie Industries, Inc., in this civil action, it is

ORDERED that the motion to dismiss is granted and Genie Industries, Inc., is dismissed from this civil action.

DATED: November 14th, 2006

                              BY THE COURT:
                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge