## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLORADO

Civil Action No.  06-CV-01109-RPM-CBS

UNITED RENTALS, INC.,

 Plaintiff,

v.

GENIE INDUSTRIES, INC.;
ROYAL SURPLUS LINES INSURANCE
COMPANY;
ROYAL INSURANCE COMPANY
OF AMERICA;
STEVE HAYDEN CONSTRUCTION

 Defendants.

_____

### ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW
### AMENDMENT TO COMPLAINT AND TO
### EXTEND DEADLINE FOR SCHEDULING ORDER
_____

  The Court, having reviewed Plaintiff's Motion to Allow Amendment to Complaint and to Extend Deadline for Scheduling Order, and being fully advised in the premises,

  Hereby GRANTS Plaintiff's Motion.  The Third Amended Complaint attached to Plaintiff's Motion shall be deemed as filed, and the Scheduling Order shall be due 30 days from the date the case is at issue.

  Dated this 19th day of April, 2007

         BY THE COURT:

         s/ Richard P. Matsch
         _____
         Richard P. Matsch, Senior District Judge