## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLORADO

Civil Action No.  06-CV-01109-RPM-CBS

UNITED RENTALS, INC.,

    Plaintiff,

v.

GENIE INDUSTRIES, INC.;
ROYAL SURPLUS LINES INSURANCE
COMPANY;
ROYAL INSURANCE COMPANY
OF AMERICA;
STEVE HAYDEN CONSTRUCTION

    Defendants.

_____

### ORDER DENYING MOTION TO RECONSIDER AND VACATE ORDER
_____

On April 25, 2007, Genie Industries, Inc., filed a motion to reconsider and vacate the order entered on April 19, 2007, granting Plaintiff's Motion to Allow Amendment to Complaint and Extend Time for Scheduling Order.  The matters raised in the motion to reconsider are matters more appropriately raised by a response to the third amended complaint by Genie Industries and it is therefore

ORDERED that the motion to reconsider and vacate order is denied.

Dated this 30th day of April, 2007

                                                        BY THE COURT:

                                                        s/Richard P. Matsch
                                                        _____
                                                        Richard P. Matsch, Senior District Judge