IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No.  06-CV-01109-RPM

UNITED RENTALS, INC.,

     Plaintiff,

v.

GENIE INDUSTRIES, INC.;
ROYAL SURPLUS LINES INSURANCE COMPANY;
ROYAL INSURANCE  COMPANY OF AMERICA; and
HAYDEN CONSTRUCTION, INC., d/b/a STEVE HAYDEN CONSTRUCTION,

     Defendants.

_____

ORDER DENYING GENIE INDUSTRIES, INC.'S MOTION TO DISMISS
_____

On May 14, 2007, Genie Industries, Inc., filed a motion to dismiss or strike the third amended complaint, filed on April 18, 2007.  The motion to strike is based on the contention that this Court's previous ruling dismissing claims against Genie Industries, Inc., is the law of the case.  That is incorrect because that order was based on an earlier pleading which did not assert the claims against Genie Industries, Inc., that are now alleged in the third amended complaint based on promissory estoppel and breach of contract.

The promissory estoppel claim is asserted because the certificate of liability insurance given to United Rentals, Inc., is said to misrepresent the insurance coverage obtained by Genie Industries, Inc., on which United Rentals is the additional insured. That certificate fails to identify the self-insured retention provisions which the plaintiff contends makes the coverage excess as the insurance companies have asserted.  In

responding to the motion to dismiss, plaintiff's counsel also questions the source of the certificate because it appears to have been signed by the risk manager for Genie.

The breach of contract claim is based on allegations concerning the duty of Genie Industries, Inc., to provide insurance coverage under the contract between United Rentals, Inc., and Genie Industries, Inc.  The Genie defendant asserts that the contract limited that obligation to work performed by its employees on United Rental property. Accordingly, it is argued that the damages claimed in the underlying lawsuit by Hayden employee Mark A. Johns and his wife are not within the scope of the contract.  That is not an issue that can be resolved under Fed.R.Civ.P. 12(b)(6).

Upon the view that the plaintiff United Rentals, Inc., has stated cognizable claims against Genie Industries, Inc., in the third amended complaint, it is

ORDERED that the motion to strike or dismiss filed by Genie Industries, Inc., is denied.

Dated:   July 17th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District  Judge