IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01109-RPM

UNITED RENTALS, INC.,

     Plaintiff,

v.

GENIE INDUSTRIES, INC.;
ROYAL SURPLUS LINES INSURANCE COMPANY;
ROYAL INSURANCE  COMPANY OF AMERICA; and
HAYDEN CONSTRUCTION, INC., d/b/a STEVE HAYDEN CONSTRUCTION,

     Defendants.

_____

ORDER FOR ENTRY OF SCHEDULING ORDER
_____

     On November 2, 2007, counsel for the parties submitted electronically an amended scheduling order which was docketed as such, contrary to this Court's instructions that such orders be submitted to chambers rather than electronically.  The order docketed as Proposed Scheduling Order (Amended) has an error on page 12 in that the contention of United is that it reasonably relied on a certificate of insurance, rather than Genie as the electronically filed order states.  That error has been corrected be interlineation and the Scheduling Order has now been signed on this day.  To avoid confusion, it is

     ORDERED that Document 80 filed November 2, 2007, is stricken and the Court's Scheduling Order entered today is to be docketed as the Court's Scheduling Order.

     Dated:   November 5, 2007.

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior District  Judge