**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLORADO**

Civil Action No. 1:06-cv-1109-RPM-CBS

UNITED RENTALS, INC.

       Plaintiff,

v.

GENIE INDUSTRIES, INC.;
ARROWHEAD INDEMNITY COMPANY,
ARROWHEAD SURPLUS COMPANY, and
STEVE HAYDEN CONSTRUCTION

       Defendants.
_____

**ORDER GRANTING ROYAL INDEMNITY COMPANY AND ROYAL SURPLUS LINES**
**INSURANCE COMPANY'S AMENDED UNOPPOSED MOTION TO AMEND CAPTION**
_____

      Upon Royal Indemnity Company and Royal Surplus Lines Insurance Company's

Unopposed Motion to Amend Caption,

      IT IS HEREBY ORDERED that Royal Indemnity Company and Royal Surplus Lines

Insurance Company's Motion is GRANTED, and the caption shall be amended to reflect

Arrowood Indemnity Company and Arrowood Surplus Company as Defendants.

      Dated: December 19th, 2007.

                s/Richard P. Matsch


                _____
                The Honorable Richard P. Matsch
                United States District Court Judge