IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01109-RPM

UNITED RENTALS, INC.,

    Plaintiff,

vs.

GENIE INDUSTRIES, INC.;
ARROWOOD INDEMNITY COMPANY;
ARROWOOD SURPLUS COMPANY; and
STEVE HAYDEN CONSTRUCTION,

    Defendants.
_____

**ORDER GRANTING MOTION TO EXTEND SCHEDULING ORDER DEADLINES**
_____

    Upon consideration of the Parties' Stipulated Motion to Extend Scheduling Order Deadlines [109], it is

    ORDERED that the motion is granted and the deadline for filing dispositive motions is extended to March 2, 2009.

    DATED this 4th day of December, 2008.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge