**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     May 7, 2009
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 06-cv-01109-RPM

| | |
|---|---|
| UNITED RENTALS, INC., | Robert L. Allman |
| Plaintiff, | |
| v. | |
| GENIE INDUSTRIES, INC., | Michael D. Alper |
| ARROWWOOD INDEMNITY COMPANY, | No appearance |
| ARROWWOOD SURPLUS COMPANY, | |
| HAYDEN CONSTRUCTION COMPANY, | No appearance |
| d/b/a STEVE HAYDEN CONSTRUCTION | |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**10:00 a.m.     Court in recess.**

Court's preliminary remarks.

10:01 a.m.     Argument by Mr. Alper.

**ORDERED:     Defendant Genie Industries, Inc.'S Motion to Compel the Attendance of Plaintiff United Rentals, Inc. at its Deposition; For Sanctions Pursuant to Federal Rule of Civil Procedure 37(d); And, in the Alternative, for Leave to Take Deposition of Plaintiff, filed April 29, 2009 [115], is denied.**

            **No further extensions will be granted.**

**10:05 a.m. Court in recess.**

Hearing concluded.  Total time: 05 min.