IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:               June 10, 2010
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

Civil Action No. 06-cv-01109-RPM

UNITED RENTALS, INC.,                              Robert L. Allman

     Plaintiff,

v.

GENIE INDUSTRIES, INC.,                            Michael D. Alper
ARROWOOD INDEMNITY COMPANY,                        Mary E. McPherson
ARROWOOD SURPLUS COMPANY,
HAYDEN CONSTRUCTION COMPANY,                       No appearance
d/b/a STEVE HAYDEN CONSTRUCTION

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**10:00 a.m.      Court in recess.**

Court's preliminary remarks and states its understanding of the case.

10:11 a.m.      Argument by Mr. Allman.
10:26 a.m.      Argument by Ms. McPherson.
10:35 a.m.      Argument by Mr. Alper.
Statements interjected by Ms. Alper.
Continued argument by Mr. Alper.
10:53 a.m.      Rebuttal argument by Mr. Allman.

**ORDERED:      Arrowood Indemnity Company's and Arrowood Surplus Company's Summary Judgment Motion, filed June 5, 2009 [122], will be granted by written order.**

11:04 a.m.      Further argument by Mr. Alper.

**ORDERED:      Plaintiff's Motion for Summary Judgment, filed June 5, 2009 [121], is taken under advisement.**

**ORDERED:      Defendant Genie Industries, Inc's Motion for Summary Judgment, filed June 5, 2009 [123], is taken under advisement.**

**11:10 a.m. Court in recess.**          Hearing concluded.  Total time: 1 hr. 10 min.