IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01109-RPM

UNITED RENTALS, INC.,

       Plaintiff,

v.

GENIE INDUSTRIES, INC.;
ARROWOOD INDEMNITY COMPANY,
ARROWOOD SURPLUS COMPANY, and
HAYDEN CONSTRUCTION, INC., d/b/a
STEVE HAYDEN CONSTRUCTION,

       Defendants.
_____

ORDER APPROVING STIPULATION REGARDING DEFENDANT GENIE INDUSTRIES, INC.'S
BILL OF COSTS
_____

       Pursuant to the Stipulation Regarding Defendant Genie Industries, Inc.'s Bill of Costs,

filed July 7, 2010 [146], it is

       ORDERED that the stipulation is approved and the Clerk of the court will enter an award of

costs in the amount of $935.00 to the defendant Genie Industries, Inc.

       DATED: July 8th , 2010

                                         BY THE COURT:

                                         s/Richard P. Matsch

                                         _____
                                         Richard P. Matsch, Senior District Judge