# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01109-RPM-CBS

UNITED RENTALS, INC., )
                                          )
    Plaintiff, )
v. )
                                          )
GENIE INDUSTRIES, INC.; )
ARROWOOD INDEMNITY COMPANY, )
ARROWOOD SURPLUS COMPANY, )
HAYDEN CONSTRUCTION, INC., dba )
STEVE HAYDEN CONSTRUCTION )
                                          )
    Defendants. )
                                          )
_____

## ORDER GRANTING EXTENSION OF TIME AND DEFERRING RULING ON MOTION FOR ATTORNEY FEES AND COSTS
_____

Upon review of the Unopposed Motion for Extension of Time to Respond to Defendant, Genie Industries, Inc.'s Motion for Attorneys' Fees and Costs, it is ORDERED that the motion is granted and Plaintiff, United Rentals, Inc., shall have up to and including August 19, 2010, in which to respond to Defendant, Genie Industries. Inc.'s Motion for Attorneys' Fees and Costs [144]. It is

FURTHER ORDERED that plaintiff having filed a notice of appeal, ruling on the motion for attorney fees [144] is deferred pending appeal.

Dated this 5th day of August, 2010.

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge