IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01109-RPM

UNITED RENTALS, INC.,

      Plaintiff,

v.

GENIE INDUSTRIES, INC.;
ARROWOOD INDEMNITY COMPANY,
ARROWOOD SURPLUS COMPANY, and
HAYDEN CONSTRUCTION, INC., d/b/a
STEVE HAYDEN CONSTRUCTION,

      Defendants.

_____

ORDER WITHDRAWING MOTION FOR FEES AND COSTS
_____

      After review of defendant Genie Industries, Inc.'s Unopposed Motion for Leave to Withdraw Motion for Fees and Costs [144], filed September 2, 2010 [159], it is

      ORDERED that the motion is granted and Genie's Motion for Fees and Costs [144] is withdrawn.

      DATED: September 3rd , 2010

      BY THE COURT:

      s/Richard P. Matsch
      _____
      Richard P. Matsch, Senior District Judge